(HC) Alvarado v. Wong                                                                                                          Doc. 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR RENE ALVARADO,

    Petitioner,               No. CIV S-06-2731 GEB EFB P

    vs.

R.K. WONG, Warden,

    Respondent.          ORDER

_____/

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner challenges a conviction in the Stanislaus County Superior Court. The action arises out of Stanislaus County which is within the Fresno portion of this district under this court's intra-district venue rule. Accordingly, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

It is hereby ORDERED that:

1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number and that new number shall be used on all future filings.

////

////

Dockets.Justia.com

1    3. All future filings shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

5  Dated: December 11, 2006.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE